**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
Aryeh Breier
               Plaintiff,

                                                                        Case No.: 1:21-cv-2057

      -against-
Aargon Agency Inc.
               Defendant(s).

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action shall be and hereby is dismissed with prejudice and on the merits, against the Defendant, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that the dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 3, 2021                                                            Respectfully Submitted,

    Application Granted                                    */s/Tamir Saland*
      SO ORDERED                                        Tamir Saland Esq.
   Brooklyn, New York                           **Stein Saks, PLLC**
     Dated: 6/4/2021                                 285 Passaic Street
                                                         Hackensack, NJ 07601
                                                         tsaland@steinsakslegal.com
    */s/ Eric N. Vitaliano*                        Tel. 201-282-6500
     Eric N. Vitaliano                               Fax 201-282-6501
United States District Court

                                                        *Attorneys for Plaintiff*